UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 17, 2004

2:30 p.m.

*Held 3 hours*

CASE NO. **3:02cv1508 (GLG)**   **Sabine R. Novak vs. Rite Aid of Connecticut, Inc.**

Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Bldg.
379 Prospect St.
Torrington, CT 06790-5239


Charles I. Miller
Balaban Law Frim
425 Main St., 4th Fl.
Middletown, CT 06457


Diane C. Mokriski
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598


Michael D. O'Connell
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598


Gregory William Piecuch
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK