FILED

Apr 22  1 05 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SABINE R. NOVAK,<br>　　　Plaintiff<br><br>VS.<br><br>RITE AID OF CONNECTICUT, INC.,<br>　　　Defendant. | CIVIL ACTION<br><br>CASE NO. 3:02CV-1508 (GLG)<br><br>NEW HAVEN, CT<br><br>APRIL 21, 2004 |

### DEFENDANT'S MOTION FOR CONTINUANCE

The defendant, Rite Aid of Connecticut, Inc., hereby moves for a 60 day continuance of the trial of this matter. In support thereof, counsel for the defendant states as follows:

1.　On April 8, 2004, the Court (Goettel, J.) issued a Ready Trial Order in this case, assigning the matter to the Court's May, 2004 Jury Trial Calendar. Pursuant to the Order, jury selection is scheduled to begin on May 10, 2004, with the trial to start at an unspecified time in May.

2.　Trial counsel for the defendant has several scheduling conflicts in the months of May and June, 2004. In May, counsel has a trial already scheduled in the Hartford Superior Court, as well as a complex mediation involving multiple parties, that is scheduled to take several days. Counsel also has minor surgery scheduled that will involve some recovery period. In June, counsel will be on trial in the New Haven District Court in front of The Honorable Mark Kravitz, and expects the trial of that matter to take approximately two weeks.

3. Neither party in this case has previously moved for a continuance of the trial of this matter.

4. Defense counsel has spoken with counsel for the plaintiff, who does not join in this Motion. Plaintiff's counsel has indicated that, although she does not consent to a continuance, she will defer to the Court's discretion in making scheduling changes, if any.

WHEREFORE, the defendant respectfully moves this Court to grant its Motion for Continuance.

THE DEFENDANT

By: _____
Michael D. O'Connell, Esq. (CT05299)
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103
Tel: 860.548.1300
Fax: 860.548.0023

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 21st day of April, 2004 to the following counsel of record:

Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington, CT  06790-5239

_____
Michael D. O'Connell