FILED
APR 22  1 05 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SABINE R. NOVAK,<br>Plaintiff<br><br>VS.<br><br>RITE AID OF CONNECTICUT, INC.,<br>Defendant. | CIVIL ACTION<br><br>CASE NO. 3:02CV-1508 (GLG)<br><br>NEW HAVEN, CT<br><br>APRIL 21, 2004 |

### DEFENDANT'S MOTION FOR CONTINUANCE

The defendant, Rite Aid of Connecticut, Inc., hereby moves for a 60 day continuance of the trial of this matter. In support thereof, counsel for the defendant states as follows:

1. On April 8, 2004, the Court (Goettel, J.) issued a Ready Trial Order in this case, assigning the matter to the Court's May, 2004 Jury Trial Calendar. Pursuant to the Order, jury selection is scheduled to begin on May 10, 2004, with the trial to start at an unspecified time in May.

2. Trial counsel for the defendant has several scheduling conflicts in the months of May and June, 2004. In May, counsel has a trial already scheduled in the Hartford Superior Court, as well as a complex mediation involving multiple parties, that is scheduled to take several days. Counsel also has minor surgery scheduled that will involve some recovery period. In June, counsel will be on trial in the New Haven District Court in front of The Honorable Mark Kravitz, and expects the trial of that matter to take approximately two weeks.

FILED APR 30 4:45 2004 U.S. DISTRICT COURT BRIDGEPORT, CONN

*[Handwritten margin notes:]* Granted for good cause. Counsel should continue to prepare case for resolution in the summer of 2004. So ordered. [signature]