UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Pretrial Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 27, 2004

2:00 p.m.

Held
3 v min)

CASE NO. **3:02cv1508 (GLG)**     **Novak vs. Rite Aid**

Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Bldg.
379 Prospect St.
Torrington, CT 06790-5239

Charles I. Miller
Balaban Law Frim
425 Main St., 4th Fl.
Middletown, CT 06457

Diane C. Mokriski
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598

Michael D. O'Connell
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598

Gregory William Piecuch
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598

\* PLAINTIFF COUNSEL TO INITIATE THE CONFERENCE CALL TO JUDGE
GARFINKEL @ 203-579-5593.
          THANKS.

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK