UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Scheduling Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday, June 14, 2004
11:30 a.m.

CASE NO. **3:02cv1508 MRK**    **Novak v. Rite-Aid**

Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Bldg.
379 Prospect St.
Torrington, CT 06790-5239
860-626-9991

Charles I. Miller
Balaban Law Firm
425 Main St., 4th Fl.
Middletown, CT 06457
860-346-5244

Diane C. Mokriski
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598
860-548-1300

Gregory William Piecuch
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598
860-548-1300

Michael D. O'Connell
O'Connell, Flaherty & Attmore
280 Trumbull St.
Hartford, CT 06103-3598
860-548-1300

STATUS CONFERENCE HELD
DATE: 6/14/04

10 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK