UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SABINE R. NOVAK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 3:02CV1508 (MRK) |
| v. | : | |
| | : | |
| RITE AID OF CONNECTICUT, INC., | : | |
| | : | |
| Defendant. | : | |

### NOTICE TO COUNSEL

The parties having conferred by telephone conference on June 14, 2004, the Court sets the following trial schedule:

1. Jury selection will take place on **August 3, 2004 at 9:30 a.m.** in Courtroom #4. Parties shall be prepared to commence trial at **9:30 a.m. on August 23, 2004**.

2. A final pre-trial conference will be held at **9:30 a.m. on July 23, 2004** in Courtroom #4.

   **TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

3. The Parties' Joint Trial Memorandum is due **July 6, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 16, 2004.