UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SABINE R. NOVAK,<br>Plaintiff | CIVIL ACTION |
| VS. | CASE NO. 3:02CV-1508 (MRK) |
| RITE AID OF CONNECTICUT, INC.,<br>Defendant. | NEW HAVEN, CT |
|  | JUNE 25, 2004 |

## DEFENDANT'S MOTION FOR POSTPONEMENT

The defendant, Rite Aid of Connecticut, Inc., hereby moves for a postponement of the trial of this matter, and in support thereof, states as follows:

1. The trial of this matter is currently scheduled for August 23, 2004.

2. On June 25, 2004, Counsel for the Defendant learned that its principal witness, James Zasso, will be in North Carolina from August 22, 2004 through August 28, 2004, and that his schedule cannot be changed.

3. Mr. Zasso is an integral witness for trial, as the facts that support both Plaintiff's claims and Defendant's defenses are based heavily on conversations that took place between Plaintiff and Mr. Zasso.

3. Defense counsel has spoken with counsel for the Plaintiff, who does not join in this Motion. Plaintiff's counsel has indicated that, although she does not consent to a postponement, she will defer to the Court's discretion in making scheduling changes, if any.

WHEREFORE, the defendant respectfully moves this Court to grant its Motion for Postponement.

THE DEFENDANT

By: _____
Diane C. Mokriski, Esq. (CT21114)
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103
Tel: 860.548.1300
Fax: 860.548.0023

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via facsimile on June 28, 2004 to the following counsel of record:

Rachel M. Baird
Law Office of Rachel M. Baird
Stonegate Professional Building
379 Prospect Street
Torrington, CT  06790-5239


                                                                    _____
                                                                    Diane C. Mokriski

3