UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SABINE R. NOVAK,                      :
                                      :
      Plaintiff,                   :
                                      :    No. 3:02CV1508 (MRK)
v.                                    :
                                      :
RITE AID OF CONNECTICUT, INC.,        :
                                      :
      Defendant.                   :

### ORDER

The Court having conferred with the parties by telephone on June 28, 2004, Defendant's Motion For Postponement [doc. # 33], dated June 25, 2004, is GRANTED. The following modified trial schedule shall govern:

1. Jury selection will take place on **October 5, 2004 at 9:30 a.m.** in Courtroom #4. Parties shall be prepared to commence trial at **9:30 a.m. on October 25, 2004**.

2. A final pre-trial conference will be held at **4:00 p.m. on September 14, 2004** in Courtroom #4.

   **TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

3. The Parties' Joint Trial Memorandum is due **August 26, 2004**.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 28, 2004.