UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SABINE R. NOVAK, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:02CV1508(MRK) |
| | : | |
| v. | : | |
| | : | |
| RITE AID OF CONNECTICUT, INC., | : | |
| | : | |
| Defendant. | : | AUGUST 24, 2003 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff, Sabine Novak, by and through her undersigned counsel and pursuant to Local Rule 7(a), hereby moves for an extension of time to file a Joint Trial Memorandum of seven days or by September 2, 2004. In support, Plaintiff offers:

1. Jury selection is scheduled for October 6, 2004, with trial to commence on October 25, 2004, in the above-referenced matter.

2. In accordance with the Court's scheduling Order, a Joint Trial Memorandum is due on August 26, 2004.

3. Plaintiff requests this first continuance and represents that undersigned counsel will not be available on August 25, 2004, through August 27, 2004, due to the unexpected need to take vacation for the arrival of out-of-state visitors.

4. Furthermore, Plaintiff requests through September 2, 2004, to allow for previous scheduled court hearings on August 30, 31, and September 1, 2004, and to ensure that no additional request for time is necessary.

5. Plaintiff has contacted Defendant's counsel and represents that that Defendant's counsel does not object to Plaintiff's request.

        PLAINTIFF
        SABINE R. NOVAK


BY: _____
    Rachel M. Baird
    Law Office of Rachel M. Baird
    379 Prospect Street
    Torrington CT 06790-5239
    Tel: (860) 626-9991
    Fax: (860) 626-9992

*Attorney for Plaintiff*


## CERTIFICATION

    I HEREBY CERTIFY THAT the foregoing <u>Plaintiff's Motion for Extension of Time</u> was mailed first-class, postage paid, on August 24, 2004, to the following counsel of record:

Michael D. O'Connell
Diane Mokriski
O'Connell, Flaharty & Attmore, L.L.C.
280 Trumbull St
Hartford CT 06103-3598


        _____
        Rachel M. Baird

2