# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SABINE R. NOVAK, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 3:02CV1508(MRK) |
| | : | |
| v. | : | |
| | : | |
| RITE AID OF CONNECTICUT, INC., | : | |
| | : | |
| Defendant. | : | SEPTEMBER 2, 2003 |

## PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME

Plaintiff, Sabine Novak, by and through her undersigned counsel and pursuant to Local Rule 7(a), hereby moves for a second extension of time to file a Joint Trial Memorandum of seven days or by September 10, 2004.  In support, Plaintiff offers:

1.  Jury selection is scheduled for October 6, 2004, with trial to commence on October 22, 2004, in the above-referenced matter.

2.  In accordance with the Court's scheduling Order, a Joint Trial Memorandum (JTM) is due on August 26, 2004.

3.  An initial extension of time until September 2, 2004, was granted to Plaintiff to file the JTM.

4.   Plaintiff requests this second continuance to complete the JTM and exchange information and documents with opposing counsel.

5.  Plaintiff has contacted Defendant's counsel and represents that that although Defendant's counsel has prepared Defendant's portion of the JTM and would be prepared to file in a timely manner, Defendant does not object to this instant motion.

PLAINTIFF
SABINE R. NOVAK


BY:   _____
Rachel M. Baird
Law Office of Rachel M. Baird
379 Prospect Street
Torrington CT 06790-5239
Tel: (860) 626-9991
Fax: (860) 626-9992

*Attorney for Plaintiff*


## CERTIFICATION

I HEREBY CERTIFY THAT the foregoing Plaintiff's Motion for Extension of Time was

mailed first-class, postage paid, on September 2, 2004, to the following counsel of record:

Diane Mokriski
O'Connell, Flaharty & Attmore, L.L.C.
280 Trumbull St
Hartford CT 06103-3598


_____
Rachel M. Baird