

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SABINE R. NOVAK,<br>    Plaintiff | CIVIL ACTION |
| VS. | CASE NO. 3:02CV-1508 (MRK) |
| | NEW HAVEN, CT |
| RITE AID OF CONNECTICUT, INC.,<br>    Defendant. | |
| | SEPTEMBER 10, 2004 |

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

The Defendant, Rite Aid of Connecticut, Inc. ("Rite Aid"), respectfully submits the following proposed voir dire questions for submission to potential jurors:

1. Have you ever been employed by Rite Aid? Do you know anyone who now works or has worked for Rite Aid? If yes, was the work experience positive or negative? Do you have an opinion regarding Rite Aid, whether favorable or unfavorable, that would affect your ability to sit impartially, hear the evidence, and render a fair verdict?

2. Have you read or heard anything in the media, whether positive or negative, about Rite Aid? If yes, what was it? Will that information affect your ability to render a fair verdict?

3. Have you ever been the victim of discrimination in the workplace? If yes, what were the circumstances? Did you file any type of internal or external complaint?

4. Have you or anyone you know ever filed a lawsuit against an employer? If so, what was the claim? How was the matter resolved?

5. Have you ever been terminated, suspended, or demoted by your employer? If so, was it unfair in your view? Did you challenge your employer's action in any way?

6. Have you ever had to discipline an employee, whether through termination, demotion, suspension, or other means? If so, were your actions challenged by the employee?

7. Have you or anyone you know ever been accused of discriminating against an employee? If so, were you or your acquaintance forced to defend yourself against claims asserted in a lawsuit?

8. Have you ever taken a leave of absence from work? If yes, did the process go smoothly with your employer? Did you feel that you were treated fairly during the process and when you returned to work? Do you know anyone who was not treated fairly when they attempted to return to work after a leave of absence?

9. Do you believe that, because the plaintiff filed a lawsuit against Rite Aid and the trial is about to begin, that Rite Aid must have done something wrong?

10. Have you ever served on a jury before? If so, what was the case about?

THE DEFENDANT

By: *Diane C. Mokriski*
Diane C. Mokriski, Esq. (CT21114)
dmokriski@ofalaw.com
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103
Tel: 860.548.1300
Fax: 860.548.0023

2