UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SABINE R. NOVAK, <br> Plaintiff <br><br> VS. <br><br> RITE AID OF CONNECTICUT, INC., <br> Defendant. | CIVIL ACTION <br><br> CASE NO. 3:02CV-1508 (MRK) <br><br> NEW HAVEN, CT <br><br> SEPTEMBER 10, 2004 |

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S TESTIMONY REGARDING DONNA SHERMAN

The Defendant, Rite Aid of Connecticut, Inc., moves for an order in limine excluding all testimony by the Plaintiff regarding Donna Sherman's alleged behavior in discarding employment applications by minority candidates. The alleged actions of Ms. Sherman are irrelevant to the Plaintiff's claim, as they have no connection to the alleged adverse treatment that Plaintiff experienced months later by a different supervisor. Even if the court were to find such testimony to be relevant, its probative value is far outweighed by the prejudicial effect it would have on the jury.

WHEREFORE, the Defendant moves that all testimony by the Plaintiff related to the alleged behavior of Donna Sherman in discarding applications be excluded. A Memorandum of Law in support of this Motion in Limine is attached hereto.

1

THE DEFENDANT,
RITE AID OF CONNECTICUT, INC.

By: _____
Diane C. Mokriski  (CT21114)
O'Connell, Flaherty & Attmore, LLC
280 Trumbull Street
Hartford, CT 06103-3598
(860) 548-1300 – phone
(860) 548-0023 - fax

### CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was sent via facsimile on this 10th day of September, 2004 to the following counsel of record:

Rachel M. Baird
Law Office of Rachel M. Baird
379 Prospect Street
Torrington, CT 06790-5239

_____
Diane C. Mokriski

2