UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SABINE R. NOVAK, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 3:02CV1508(MRK) |
| | : | |
| v. | : | |
| | : | |
| RITE AID OF CONNECTICUT, INC., | : | |
| | : | |
| Defendant. | : | NOVEMBER 4, 2004 |

## SETTLEMENT REPORT AND MOTION FOR EXTENSION OF TIME

Plaintiff, Sabine R. Novak, hereby reports, in accordance with an Order of the Court entered on October 5, 2004, that settlement in the above-referenced matter is not complete. (doc. #48)[1]

Plaintiff did not receive a draft Settlement Agreement and General Release until Tuesday, November 2, 2004. Upon receipt of the draft Settlement Agreement and General Release on November 2, 2004, Plaintiff signed the agreement and returned it by mail to Defendant's counsel that same day.

Plaintiff has not received a Settlement Agreement and General Release signed by Defendant Rite Aid and therefore does not consider the matter settled. Upon information and belief, Defendant Rite intends to sign the Settlement Agreement and General Release already signed by the Plaintiff.

---

[1] The docket entry and Order provide: "NOTICE OF ELECTRONIC FILING: This case was reported to the Court on October 5, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter. Accordingly, an order of dismissal will be entered on November 4, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. Signed by Clerk on 10/5/2004. (Ghilardi, K.) (Entered: 10/05/2004)"

For the foregoing reasons, Plaintiff requests that the Court delay dismissal of the above-referenced matter for eleven (11) days, or until November 15, 2004, for Defendant to provide Plaintiff a signed agreement.

>                         PLAINTIFF,
>                         SABINE R. NOVAK
>
> BY:  _____
>      Rachel M. Baird
>      (Fed. Bar No. 12131)
>      Law Office of Rachel M. Baird
>      Stonegate Professional Building
>      379 Prospect Street
>      Torrington CT 06790-5239
>      Tel:  (860) 626-9991
>      Fax:  (860) 626-9992
>
>      *His Attorney*

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Settlement Report and Motion for Extension of Time was mailed, first-class, postage paid, on November 4, 2004, to the offices of O'Connell, Flaherty & Attmore and addressed to:

Diane C. Mokriski, Esq.
O'Connell, Flaherty & Attmore
280 Trumbull Street
Hartford CT 06103-3598

_____
Rachel M. Baird